No. 92–5031. ROSLYN W. *v.* SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. N. Y. Certiorari denied.

No. 92–5032. GAINER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5035. BOWEN *v.* NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5036. PRYCE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5037. PRINE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5038. RALSTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5039. WILLIAMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–5041. WHIPPLE *v.* DUCKWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–5042. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5043. STRIBLING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5044. SCOTT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5045. TINSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5046. TURNPAUGH *v.* JOHNSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5048. LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5050. LEE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5052. SANTANA DIAZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.